IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) COURT NO. 09-40070-001 |
| | ) |
| MARCUS S. CHRISTENSEN, | ) |
| | ) |
| Defendant. | ) |

## SATISFACTION OF CRIMINAL JUDGMENT

The Monetary Judgment in the above-entitled case has been paid in full as shown in Court financial records, therefore the Clerk of the United States District Court for the Central District of Illinois is authorized and empowered to satisfy and cancel the Judgment of record regarding monetary penalties with the exception of any asset forfeiture judgments which may have been imposed.

Respectfully submitted,

**JOHN C. MILHISER**
**UNITED STATES ATTORNEY**


s/Richard Kim_____
Richard Kim, IL Bar No. 6226879
Assistant United States Attorney
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
E-Mail: richard.kim@usdoj.gov

## **CERTIFICATE OF SERVICE**

The following person was served with a copy of the foregoing electronically or by mailing a copy to:

        Marcus S.Christensen
        1701 12th Street
        Moline, IL 61265

Date:  June 17, 2020

        s/Richard Kim
        Richard Kim, IL Bar No. 6226879
        Assistant United States Attorney
        United States Attorney's Office
        318 S. 6th Street
        Springfield, Illinois 62701
        Tel: 217-492-4450
        E-Mail: richard.kim@usdoj.gov